IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KWABENA LAVAR GLOVER,           )
                                )
            Plaintiff,          )
                                )
      v.                        )        1:25-cv-985
                                )
JOHN DOE SERGEANT,              )
                                )
            Defendant.          )

## ORDER

On November 6, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 10, 11.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -